IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORRIS & DICKSON CO., LLC,<br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE LLC, formerly known as "SMITHKLINE BEECHAM CORPORATION," and doing business as "GLAXOSMITHKLINE,"<br>TEVA PHARMACEUTICAL INDUSTRIES LTD., and<br>TEVA PHARMACEUTICALS USA, INC.,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 23-480 |

**O R D E R**

**AND NOW**, this 30th day of May, 2023, upon consideration of Defendants' joint Motion to Transfer (ECF Nos. 12 & 26) and any response and opposition thereto, it hereby **ORDERED** that the Motion to Transfer is **GRANTED**. Consistent with this Order, the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the District of New Jersey. It is further **ORDERED** that upon consideration of Defendants' joint Motion to Stay (ECF Nos. 14 & 26) and any response and opposition thereto, the Motion to Stay is **DENIED** as moot.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**